In the Matter of the Estate of JACOB ALLMANN, Deceased. JOSEPH EISENHAUER, as Executor, Appellant; JOSEPH ALLMANN et al., Respondents.

*Matter of Allmann*, 188 App. Div. 998, affirmed.

(Argued January 6, 1920; decided January 20, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 1, 1919, which affirmed a decree of the Monroe County Surrogate's Court surcharging the accounts of the executor herein. Prior to his death the testator sold a farm to Eisenhauer (the executor herein), taking back a purchase-money mortgage containing the usual clause that the principal sum should become due upon default in payment of interest for thirty days. The mortgage constituted part of the assets of testator's estate. Eisenhauer defaulted in payment of interest due thereon for more than thirty days. It has been held that upon such default it became his duty to collect the entire principal sum and by reason of his failure so to do his accounts as executor were surcharged for the amount thereof.

*James R. Creary* for appellant.

*George V. Fleckenstein, Herbert J. Menzie* and *Edward H. Lamb* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.